**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **NICHOLAS SMITH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV. A. NO. 25-488-KD-MU** |
| | ) | |
| **ALABAMA POWER COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 7) is ADOPTED as the opinion of this Court.[1]  Accordingly, this action is DISMISSED without prejudice, for lack of subject matter jurisdiction.

**DONE** and **ORDERED** this the 6th day of July 2026.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] Smith's motion for leave to proceed in forma pauperis (doc. 6) and motion for extension of time (doc. 8) are moot.